# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2022

## NO. 03-21-00600-CV

**John W. Dollins, Appellant**

**v.**

**James G. Dollins, III, Individually, Appellee**

**APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on August 20, 2021. John W. Dollins has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.